In the Matter of DESTINY K. and Others, Infants. ONONDAGA COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; BRIAN A. et al., Appellants. (Appeal No. 2.) [825 NYS2d 392]—Appeal from an order of the Family Court, Onondaga County (David G. Klim, J.), entered October 18, 2005 in a proceeding pursuant to Family Court Act article 10. The order directed respondents to follow certain conditions of behavior for a period of 12 months.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs as moot (see Matter of Michael G., 300 AD2d 1144, 1145 [2002]). Present—Gorski, J.P., Martoche, Smith, Green and Pine, JJ.

In the Matter of CARL A.G., Appellant, v MYRIAM L.G., Respondent. (Appeal No. 1.) [825 NYS2d 651]—Appeal from an order of the Family Court, Genesee County (Eric R. Adams, J.), entered August 8, 2005 in a proceeding pursuant to Family Court Act article 8. The order dismissed the petition.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs. Present—Gorski, J.P., Martoche, Smith, Green and Pine, JJ.

In the Matter of MYRIAM L.G., Respondent, v CARL A.G., Appellant. (Appeal No. 2.) [825 NYS2d 393]—Appeal from an order of the Family Court, Genesee County (Eric R. Adams, J.), entered August 8, 2005 in a proceeding pursuant to Family Court Act article 6. The order denied the motion to resettle an order entered March 29, 2002.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (see Gifaldi v Dumont Co., 172 AD2d 1025, 1026 [1991]). Present—Gorski, J.P., Martoche, Smith, Green and Pine, JJ.

GEORGE MERCIER, Appellant, v VINCENT POWELL, Respondent. [825 NYS2d 651]—Appeal from an order of the Supreme Court, Onondaga County (John V. Centra, J.), entered February 8, 2006. The order granted defendant's motion to dismiss the complaint.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs. Present—Gorski, J.P., Martoche, Smith, Green and Pine, JJ.